**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **WILLIAM L. BURRELL, JR.,** | : | |
| Plaintiff, | : | CIVIL ACTION NO. 3:12-2504 |
| v. | : | |
| | | **(JUDGE MANNION)** |
| **DANIELLE ROSS, ET AL.,** | : | |
| Defendants | : | |

## ORDER

**IT IS HEREBY ORDERED THAT:**

1. Plaintiff's claims for monetary damages against Judge Corbett, Judge Harhut, and Judge Munley are **DISMISSED WITH PREJUDICE** because they are entitled to judicial immunity.

2. Plaintiff's claims for declaratory and injunctive relief against Judge Corbett, Judge Harhut, and Judge Munley are **DISMISSED WITH PREJUDICE** for failure to state a claim on which relief can be granted.

3. The court will **GRANT** plaintiff, one opportunity to **AMEND** his complaint with respect to the issue of quasi-judicial immunity, municipal liability, equal protection, and the state law claims, as noted.

4. Plaintiff shall have until July 19, 2013 to file a type written amended complaint: A.) Lackawanna County engaged in an

unlawful policy or custom; B.) Ms. Ross acted outside the scope of her court-appointed responsibilities; C.) plaintiff was part of a protected class and the government treated people outside the class differently than plaintiff or defendants intentionally treated plaintiff differently from other similarly situated individuals without a rational basis for doing so; and, D.) identifying the particular state law that defendants violated in the appointment of Ms. Ross as a *guardian ad litem*.

5. Plaintiff's amended complaint shall be complete, in and of itself, without reference to any other documents;

6. It must include appropriate allegations of their personal involvement;

7. It must specifically state which constitutional right he alleges they have violated and which allegations indicate a violation;

8. In accordance with [Fed.R.Civ.P. 8(e)](), each averment of plaintiff's amended complaint shall be short, concise and direct;

9. Should plaintiff fail to file his amended complaint within the required time period, or fail to follow the above mentioned procedure, the court will dismiss this action.

10. This case is referred to Magistrate Judge Blewitt for pretrial

management including dispositive motions.

        s/ *Malachy E. Mannion*
        **MALACHY E. MANNION**
        **United States District Judge**

**DATE: June 18, 2013**