UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| WILLIAM L BURRELL, JR., : | |
| : | |
| Plaintiff : | CIVIL ACTION NO. 3:12-2504 |
| : | |
| v. : | |
| : | (MANNION, D.J.) |
| DANIELLE ROSS, *et al*. : | (BLEWITT, M.J.) |
| : | |
| Defendants : | |

# O R D E R

In light of the memorandum issued this same day, **IT IS HEREBY ORDERED THAT**:

**(1)** The report and recommendation of Judge Blewitt, (Doc. No. 8), is **ADOPTED IN FULL**;

**(2)** plaintiff's complaint, (Doc. No. 1), is **DISMISSED**, and;

**(3)** the Clerk is directed to close the case.

s/ *Malachy E. Mannion*
**MALACHY E. MANNION**
**United States District Judge**

**Date: October 23, 2013**
O:\Mannion\shared\MEMORANDA - DJ\2012 MEMORANDA\12-2504-02-order.wpd